UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____

S.V. GOPALRATNAM,
HEMALATHA GOPALRATNAM,
THE ESTATE OF ARUN GOPALRATNAM, and
AMERICAN FAMILY MUTUAL INSURANCE
COMPANY,

          Plaintiffs,          Civil Action File No. 13-CV-618

   vs.

HEWLETT-PACKARD COMPANY,

          Defendant and Third-Party Plaintiff,
   and

ABC INSURANCE COMPANY,

          Defendant,

   vs.

SAMSUNG SDI CO., LTD., and
DYNAPACK TECHNOLOGY CORP.,

          Third-Party Defendants.
_____

THIRD-PARTY DEFENDANT DYNAPACK TECHNOLOGY CORPORATION'S NOTICE
OF AND MOTION TO EXCLUDE THE TESTIMONY OF DANIEL DOUGHTY
_____

     NOW COMES Third-Party Defendant DynaPack Technology Corporation, by and through its attorneys, Bascom, Budish & Ceman, S.C., and hereby moves to exclude the testimony of Plaintiffs' proposed battery expert, Daniel Doughty, pursuant to Federal Rule of Evidence 702. In support of its motion, DynaPack Technology Corporation relies on the pleadings and papers on file herein together with the supporting brief and affidavit.

WHEREFORE, Third-Party Defendant DynaPack Technology Corporation respectfully requests that this Court exclude the testimony of Daniel Doughty for the reasons outlined in the above-referenced brief.

Dated this 24th day of June, 2016.

s/ Timothy A. Bascom
Timothy A. Bascom
State Bar No. 1010017
Dana K. Luczak
State Bar No. 1081052
Attorneys for Third-Party Defendant
DynaPack Technology Corporation
2600 North Mayfair Road, Suite 1140
Wauwatosa, WI 53226
(414) 476-0800
tbascom@bbclaw.com
dluczak@bbclaw.com