UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

S.V. GOPALRATNAM and

HEMALATHA GOPALRATNAM

and

THE ESTATE OF ARUN GOPALRATNAM

and

AMERICAN FAMILY MUTUAL　　　　　　　　　　　Civil Action File No. 13-cv-618

INSURANCE COMPANY

 Plaintiffs,

vs.

HEWLETT-PACKARD COMPANY

 Defendant and Third-Party Plaintiff

and

ABC INSURANCE COMPANY

1

EXHIBIT A

Defendant,

vs.

SAMSUNG SDI CO., LTD. and

DYNAPACK TECHNOLOGY CORP.

Third-Party Defendants.

## AFFIDAVIT OF BRADLEY M. ARNOLD

I, Bradley M. Arnold, being first duly sworn on oath, do state that if called to testify in this matter, I would do so competently as follows:

1. I am an attorney licensed to practice law in the State of Wisconsin and the U.S. District Court for the Eastern District of Wisconsin. I am counsel for Plaintiffs in the above entitled cause.
2. I have collected and reviewed numerous documents generated during the course of this litigation.
3. Exhibit 2 to this affidavit are true and accurate excerpts of *NFPA 921 Guide for Fire & Explosion* Investigations 2011 Edition.
4. Exhibit 3 attached to this affidavit is a true and accurate copy of the report of Michael Hill, dated June 29, 2015 prepared in this cause.
5. Exhibit 4 attached to this affidavit is a true and accurate copy of the State Fire Marshal, Antonio Martinez' investigation report generated as a result of his investigation into the subject fire.
6. Exhibit 6 attached to this affidavit is a true and accurate copy of excerpts of Michael Hill's deposition transcript created in this case.
7. Exhibit 7 attached to this affidavit is a true and accurate copy of excerpts of Scott Dillon's deposition transcript created in this case.
8. Exhibit 8 attached to this affidavit is a true and accurate copy of excerpts of Davi de Vries' deposition transcript created in this case.
9. Exhibit 9 attached to this affidavit is a true and accurate copy the supplemental report of Michael Hill, dated May 27, 2016 in this case.

10. Exhibit 10 attached to this affidavit is a true and accurate copy of an excerpt of the Menominee Falls Fire Department investigative report created in response to the subject fire.
11. Exhibit11 attached to this affidavit is a true and accurate copy of the report of Benjamin Mills, dated June 30, 2015 in this case.
12. Exhibit 12 attached to this affidavit is a true and accurate copy the supplemental report of Benjamin Mills, dated May 27, 2016 in this case.
13. Exhibit 13 attached to this affidavit is a true and accurate copy the report of Nathan Dwyer, dated June 26, 2015 in this case.
14. Exhibit 14 attached to this affidavit is a true and accurate copy of excerpts of the deposition transcript of Benjamin Mills taken in this case.
15. Exhibit 15 attached to this affidavit is a true and accurate copy of excerpts of the deposition transcript of S.V. Gopalratnam take in this case.
16. Exhibit 16 attached to this affidavit is a true and accurate copy of excerpts of the deposition transcript of Antonio Martinez taken in this case.
17. Exhibit 17 attached to this affidavit is a true and accurate copy of the affidavit of Daniel Doughty created in this cause.
18. Exhibit 18 attached to this affidavit is the affidavit of Joseph Burton, M.D. created in this cause.

Further the affiant sayeth not.

Dated: July 29, 2016

_____
Bradley M. Arnold

Subscribed and sworn to me

this 29th day of July, 2016.

_____
Notary Public

OFFICIAL SEAL
TINA LONERGAN
NOTARY PUBLIC - STATE OF ILLINOIS
COMMISSION EXPIRES:08/06/19

My commission expires: _____

3

Case 2:13-cv-00618-PP   Filed 07/29/16   Page 3 of 3   Document 179